UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEREMY WAHA,

    Defendant.

Case No. 3:20-po-166

District Judge Michael J. Newman

_____

**ORDER: GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE CHARGES IN THIS CASE (DOC. NO. 2)**

_____

For good cause shown, the Court hereby **GRANTS** the Government's motion to dismiss the charges in this case (doc. no. 2).

**IT IS SO ORDERED.**

Date:   April 30, 2021                      s/ Michael J. Newman
                                                         Hon. Michael J. Newman
                                                         United States District Judge